FILED

UNITED STATES DISTRICT COURT 2012 JUN 26 AM ..
NORTHERN DISTRICT OF INDIANA

ROBERT N. ...VICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

JONATHAN PATERNO,
PLAINTIFF

3:12CV 356

CASE NO._____

V.

GERALD ARTHUR SANDUSKY A/K/A
JERRY SANDUSKY,
DEFENDANT

PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER

COMES NOW , THE PLAINTIFF, FACING IMMINENT DANGER AND BODILY
HARM , MOVES THIS HONORABLE COURT TO ISSUE AN ORDER FOR
THE DEFENDANT JERRY SANDUSKY TO RESPOND. THIS SUIT IS A PRE-
LIMARY INJUNCTION , AND PLAINTIFF IS SEEKING A RESTRAINING ORDER
FROM SANDUSKY.
PLAINTIFF IS THE GRANDSON OF FORMER PENN ST. HEAD FOOTBALL COACH
JOE PATERNO. PLAINTIFF WAS ON THE PENN ST. FOOTBALL MARCHING BAND
FROM 1991 THROUGH 1993. PLAINTIFF TRAVELED TO SOUTH BEND INDIANA
ALONG WITH THE PENN ST. FOOTBALL TEAM IN NOVEMBER 1992 TO PLAY
THE NOTRE DAME FIGHTING IRISH AT NOTRE DAME STADIUM. WHILE AT THE
STADIUM, DURING HALF TIME, DEFENDANT JERRY SANDUSKY SEXUALLY
MOLESTED ME IN THE VISITOR LOCKER ROOM SHOWERS. I WAS FORCED
TO PERFORM ORAL SEX ON SANDUSKY, AND IN THE PROCESS CUT MY LIP.
I WAS HUMILIATED AND VIOLATED BY SANDUSKY. I WAS SCARED TO TELL
ANYONE INCLUDING JOE PATERNO. I FEAR SANDUSKY IS GOING TO HARM
ME. I SEEK A RESTRAINING ORDER.

RESPECTFULLY,

_____ 6-23-2012

JONATHAN PATERNO
9 SNYDER AVE
PHILADELPHIA, PA 19148