UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JONATHAN PATERNO, )<br>)<br>PLAINTIFF )<br>)<br>vs. )<br>)<br>GERALD ARTHUR SANDUSKY, a/k/a )<br>JERRY SANDUSKY, )<br>)<br>DEFENDANT ) | CAUSE NO. 3:12-CV-356-RLM-CAN |

O R D E R

The court is in receipt of a motion for a preliminary injunction and a temporary restraining order filed in this case, along with a motion to proceed *in forma pauperis.* The court notes similar cases filed in other districts within the last few days: Jonathan Bolinger v. Gerald Arthur Sandusky, No. 3:12-CV-451 (W.D. Wis. June 26, 2012); Tom N. Jerry, *et al.* v. Sandusky, No. 3:12-CV-1144 (D. Ore. June 25, 2012); Tom N. Jerry v. Sandusky, No. 5:12-CV-86 (W.D. Ky. June 22, 2012); Tom N. Jerry, *et al.* v. Sandusky, No. 1:12-CV-2202 (N.D. Ga. June 25, 2012); Tom N. Jerry v. Sandusky, No. 3:12-CV-200 (S.D. Ohio June 25, 2012); Gino Romano v. Jerry Sandusky and Jonathon Riches, No. 3:12-MC-5 (S.D. Ind. June 19, 2012); Gino Romano v. Kim Kardashian, Jerry Sandusky, Khloe Kardahian, and Kourtney Kardashian, No. 2:12-CV-406 (E.D. Wash. June 18, 2012).

In addition to the other very similar cases recently filed, the court also notes that the address listed for the would-be plaintiff is actually the location of

a Chuck E. Cheese's restaurant in Philadelphia; the motion alleges a set of facts nearly twenty years past; and it's difficult to believe that the recently jailed Mr. Sandusky would, twenty years after the alleged encounter and now in jail, be a threat to the movant.

A "court shall dismiss the case at any time if the court determines that . . . the action or appeal is frivolous or malicious." 28 U.S.C. § 1915(e)(2)(B). Rather than dismissing the case outright, the court affords the plaintiff fourteen days to show cause why this action should not be dismissed as frivolous.

SO ORDERED.

ENTERED:   June 27, 2012

                                        /s/ Robert L. Miller, Jr.
                                      Judge, United States District Court

cc: J. Paterno